UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:23-cv-00503-JA-PRL

PRAMUKH PATEL, AS TITLE MGR, FOR UMIYA LLC DBA BEAVERS DISCOUNT LIQUORS,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, PRAMUKH PATEL, AS TITLE MGR, FOR UMIYA LLC DBA BEAVERS DISCOUNT LIQUORS, and Defendant, SCOTTSDALE INSURANCE COMPANY, by and through their undersigned counsel, hereby file this Joint Notice of Settlement to notify the Court that the Parties have reached a settlement in the above-styled action, pending the exchange and execution of settlement documents.

Respectfully submitted this 17th day of May, 2024.

| | |
|---|---|
| Date: 5/17/24 | Date: 5/17/24 |
| By: */s/ Earl I. Higgs* <br> EARL I. HIGGS, ESQUIRE <br> Florida Bar No.: 0256160 <br> Higgs Law, P.A. <br> ehiggs@higgslawpa.com | By: */s/ Julia G. Young, Esquire* <br> JULIA G. YOUNG, ESQUIRE <br> Florida Bar No.: 94334 <br> Wilson Elser Moskowitz Edelman & Dicker LLP |

| | |
|---|---|
| jhaugabook@higgslawpa.com <br> ehenry@higgslawpa.com <br> 1060 Woodcock Road <br> #109 <br> Orlando, Florida 32803 <br> Phone: (407) 459-7921 <br> Attorneys for Plaintiff, <br> Pramukh Patel, As Title Mgr, for Umiya LLC dba Beavers Discount Liquors | julia.young@wilsonelser.com <br> susan.baughman@wilsonelser.com <br> heather.sadusky@wilsonelser.com <br> 111 North Orange Avenue, Suite 1200 <br> Orlando, Florida 32801 <br> Telephone: (407) 203-7599 <br> Attorneys for Defendant, <br> Scottsdale Insurance Company |